IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LAWRENCE LIGHT, JR.,<br><br>           Plaintiff,<br><br>    v.<br><br>B. McDANIEL, et al.,<br><br>           Defendants. | NO. 1:11 cv 01268 GSA PC<br><br>ORDER DISMISSING ACTION |

    Plaintiff is a state prisoner proceeding pro se in this civil rights action. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c)(1).

    Plaintiff has filed a request to dismiss this action. Specifically, Plaintiff indicates that he no longer seeks to pursue this action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I), Plaintiff may dismiss this action, so long as a responsive pleading has not been filed. No defendants have been served, and a responsive pleading has not been filed.

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice, on Plaintiff's motion. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   September 8, 2011              /s/ Gary S. Austin
                                                           UNITED STATES MAGISTRATE JUDGE